HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Petitioner
YOUB PEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| YOUB PEK,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br><br>    Respondents. | Case No. 1:25-cv-01696-DC-SCR<br><br>; [~~PROPOSED~~] ORDER |
|---|---|

Based upon the stipulation and representations of the parties, the Court hereby orders as follows:

1. Respondents shall file any response to the petitioner's petition by December 19, 2025.

2. Petitioner may file a reply to Respondents' response by December 23, 2025.

IT IS SO ORDERED.

DATED: December 10, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

*Pek v. Warden*, et al.                                                                                          [Proposed] Order

1