HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Petitioner
YOUB PEK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUB PEK,<br><br>   Petitioner,<br><br>   vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, ET AL.,<br><br>   Respondents. | Case No. 1:25-cv-01696-DC-SCR<br><br>[~~PROPOSED~~] ORDER |

Based upon the stipulation and representations of the parties, IT IS HEREBY ORDERED that the Petition and this action are dismissed as moot because Petitioner will imminently be removed to Cambodia.

IT IS SO ORDERED.

DATED: February 2, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

*Pek v. Warden*, et al.   [~~Proposed~~] Order

1